AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| STEPHEN BUSHANSKY | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:21-cv-0013-JSC |
| SQUARE, INC., et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Please see the annexed list of defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel E. Elkins (SBN 256020)
WEISSLAW LLP
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ACTING CLERK OF COURT*
KATHLEEN M. SHAMBAUGH

Date: October 13, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-08013-JSC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**SUMMONS LIST OF DEFENDANTS RE: SQUARE, INC.**

1. SQUARE, INC.

   1455 Market Street, Suite 600
   San Francisco, California 94103

2. RANDY GARUTTI

   c/o SQUARE, INC.
   1455 Market Street, Suite 600
   San Francisco, California 94103

3. MARY MEEKER

   c/o SQUARE, INC.
   1455 Market Street, Suite 600
   San Francisco, California 94103

4. LAWRENCE SUMMERS

   c/o SQUARE, INC.
   1455 Market Street, Suite 600
   San Francisco, California 94103

5. DARREN WALKER

   c/o SQUARE, INC.
   1455 Market Street, Suite 600
   San Francisco, California 94103

6. JACK DORSEY

   c/o SQUARE, INC.
   1455 Market Street, Suite 600
   San Francisco, California 94103

7. DAVID VINIAR

   c/o SQUARE, INC.
   1455 Market Street, Suite 600
   San Francisco, California 94103

8. PAUL DEIGHTON

   c/o SQUARE, INC.
   1455 Market Street, Suite 600
   San Francisco, California 94103

9. ANNA PATTERSON

   c/o SQUARE, INC.
   1455 Market Street, Suite 600
   San Francisco, California 9401

10. ROELOF BOTHA

    c/o SQUARE, INC.
    1455 Market Street, Suite 600
    San Francisco, California 94103

11. JAMES MCKELVEY

    c/o SQUARE, INC.
    1455 Market Street, Suite 600
    San Francisco, California 94103

12. AMY BROOKS

    c/o SQUARE, INC.
    1455 Market Street, Suite 600
    San Francisco, California 94103

13. SHAWN CARTER

    c/o SQUARE, INC.
    1455 Market Street, Suite 600
    San Francisco, California 94103