Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE, INC., RANDY GARUTTI, MARY MEEKER, LAWRENCE SUMMERS, DARREN WALKER, PAUL DEIGHTON, ANNA PATTERSON, ROELOF BOTHA, JAMES MCKELVEY, AMY BROOKS, and SHAWN CARTER,<br><br>Defendants. | Case No.  3:21-cv-08013-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | | |
|---|---|---|
| 1 | Dated: November 12, 2021 | **WEISSLAW LLP** |
| 2 | | By: _/s/ Joel E. Elkins_ |
| 3 | | Joel E. Elkins |
| 4 | | 611 Wilshire Blvd., Suite 808 |
| | | Los Angeles, CA 90017 |
| 5 | | Telephone: 310/208-2800 |
| | | Facsimile: 310/209-2348 |
| 6 | | -and- |
| 7 | | Richard A. Acocelli |
| | | 305 Broadway, 7th Floor |
| 8 | | New York, NY 10007 |
| | | Telephone: 212/682-3025 |
| 9 | | Facsimile: 212/682-3010 |
| 10 | | _Attorneys for Plaintiff_ |